In the Matter of CHARLES A. LORETO, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

(Argued September 9, 1935; decided September 9, 1935.)

*Charles A. Loreto,* in person, and *Louis Cohen* for appellant.

*Sidney Sugarman* and *John T. Power* for Christopher C. McGrath et al., respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.